NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

(Serial No. 10/201,948)

## IN RE YASUHITO TANAKA

---

2010-1262

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences

---

## ON MOTION

---

## O R D E R

The Director of the United States Patent and Trademark Office moves for a 28-day extension of time, until September 16, 2010, to file his brief. Yasuhito Tanaka opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

For The Court

**AUG 2 4 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Charles Gorenstein, Esq.
Raymond T. Chen, Esq.
Carter G. Phillips, Esq.
R. Carl Moy, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**AUG 2 4 2010**

**JAN HORBALY**
**CLERK**